February 19, 2010

Mr. J. Brad McCampbell
Curtis Alexander McCampbell & Morris PC
Number One Planters Street
P. O. Box 38
Emory, TX 75440

Honorable Richard A. Beacom Jr.
354th District Court
PO Box 1097
Greenville, TX 75403-1097
Mr. Michael Jason Forni
Law Office of Mike Forni
4514 Cole Avenue, Ste. 600
Dallas, TX 75205

RE: Case Number: 08-0570
 Court of Appeals Number: 12-08-00125-CV
 Trial Court Number: 8481

Style: IN RE ADM INVESTOR SERVICES, INC.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Deborah |
| |Traylor |
| |Ms. Cathy S. Lusk |
| |Mr. John W. |
| |Alexander |